IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A.,<br><br>        Plaintiff,<br><br>v.<br><br>YU YANLI, et al.,<br><br>        Defendants. | Case No. 19-cv-01812<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Sheila Finnegan** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. ("Versace") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Cure Drop Shipping Store | 75 |
| AMUMIU Kamm Store | 95 |
| DUDALINA Official Store | 102 |
| U-ZONE Store | 146 |

Dated this 25th day of April 2019.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*