# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A., <br><br> Plaintiff, <br><br> v. <br><br> YU YANLI, et al., <br><br> Defendants. | Case No. 19-cv-01812 <br><br> **Judge Charles R. Norgle** <br><br> **Magistrate Judge Sheila Finnegan** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. ("Versace") hereby dismisses this action with leave to reinstate within one hundred twenty (120) days as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Cute Sphere TeeZone Store | 76 |
| jewelora factory Store | 82 |
| BTSETS . Store | 97 |
| Daisey's Fashion Co.,Ltd. | 100 |
| Froke Store | 107 |
| Shop3629001 Store | 133 |
| ULKNN Official Store | 144 |
| chencollect | 156 |
| chinese*art*antique | 158 |
| mybeautymall | 168 |
| peacekpd | 169 |
| steelrings | 173 |
| w1271022 | 176 |
| yanq_96 | 177 |
| zbw517 | 180 |

Dated this 29th day of May 2019.		Respectfully submitted,

/s/ RiKaleigh C. Johnson
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*